UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14084-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LANCE CHRISTOPHER JENSEN,

    Defendant.
_____/



FILED by _____ D.C.

SEP 20 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBER 6 OF THE SUPERSEDING PETITION

**THIS CAUSE** having come on to be heard for a preliminary hearing and final hearing in respect to the pending Superseding Petition Alleging Violations Of Supervised Release and this Court having conducted a hearing on September 20, 2013 wherein the Defendant advised the Court that he wished to admit Violation Number 6 of the Superseding Petition and that the Defendant acknowledged that he has previously admitted Violations Numbers 1 through 5 of the Superseding Petition, this Court recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on September 20, 2013, for a preliminary and final hearing in respect to a Superseding Petition Alleging Violations Of Supervised Release. That Superseding Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On May 13 and 15, 2013, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by Alere Toxicology Services, Inc. The defendant signed the admission of drug use form admitting to cocaine use on or about May 13, 2013. |

| | |
|---|---|
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On June 6, 10, 17 and 19, 2013, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by Alere Toxicology Services, Inc. The defendant signed the admission of drug use form admitting to cocaine use on or about June 4, 2013. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On June 24, 2013 and July 2, 2013, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by Alere Toxicology Services, Inc. |
| **Violation Number 4** | **Violation of Mandatory Condition**, by failing to submit to drug testing. On July 12, 2013, the defendant failed to submit to drug testing as scheduled by Code-A-Phone. |
| **Violation Number 5** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On July 15, 2013, the defendant submitted a urine specimen which initially tested positive for the presence of cocaine in our local laboratory. On July 22, 2013, the defendant signed the admission of drug use form admitting to using cocaine on July 12, 2013. |
| **Violation Number 6** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On August 24, 2013, the defendant signed the admission of drug use form admitting to using crack cocaine on August 22, 2013. |

2.  Counsel for the Defendant, the Defendant, and counsel for the government all agreed that the Defendant has previously admitted Violations Numbers 1 through 5 of the Superseding Petition which were contained in the previous Petition Alleging Violations

2

of Supervised Release. This Court issued its Report and Recommendation on August 9, 2013, advising the District Court that the Defendant had admitted Violations Numbers 1 through 5 inclusive which are also set forth in the Superseding Petition. This Court was advised at this hearing that the Defendant appeared before U. S. District Judge Jose E. Martinez for sentencing on August 13, 2013 and was previously adjudicated guilty of the violations which are now set forth in Violations Numbers 1 through 5 of the Superseding Petition. As a result, the only new violation pending, which the Defendant has not previously admitted, is Violation Number 6 of this Superseding Petition which the Defendant admitted during this proceeding.

3. The government announced the possible maximum penalties which the Defendant was facing. The Defendant stated that he understood those penalties. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to the violations contained in the Superseding Petition. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

4. During the sentencing hearing on August 13, 2013, Judge Martinez continued the Defendant's sentencing until October 22, 2013 in respect to the Defendant's previous admissions to Violations Numbers 1 through 5 of the original Petition filed herein and which are also set forth in Violations Numbers 1 through 5 of the Superseding Petition. The conduct set forth within Violation Number 6 of the Superseding Petition is the Defendant's admission that he used crack cocaine nine days after appearing before Judge Martinez for his original sentencing on August 13, 2013. The Defendant's urine specimen which USPO

3

Farinacci obtained from the Defendant at the Defendant's home on August 24, 2013 has subsequently confirmed to be positive for the presence of cocaine. The Defendant has admitted to using cocaine on August 22, 2013.

5. This same date, this Court conducted another Detention Hearing and detained the Defendant as a risk of flight and danger to the community. This Court will not restate its findings herein, but will incorporate those findings made in its Detention Order herein.

**ACCORDINGLY**, based upon the Defendant's admission to Violation Number 6 of the Superseding Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Number 6, in addition to Violations Numbers 1 through 5 which are already pending before the District Court for sentencing and that sentencing proceed before Judge Martinez as previously set for October 22, 2013 unless otherwise ordered by the District Court.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _20th_ day of September, 2013, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Jose E. Martinez
AUSA Theodore M. Cooperstein
AFPD Fletcher Peacock
U. S. Probation
U. S. Marshal