UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14084-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,
vs.

LANCE CHRISTOPHER JENSEN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Defendant's Admission to Violation Number 6 of the Superseding Petition Alleging Violations of Supervised Release before a Magistrate Judge.

**THE MATTER** was set before Magistrate Judge Frank J. Lynch Jr, on September 20, 2013 for a preliminary and final hearing in respect to the Superseding Petition Alleging Violations of Supervised Release. A Report and Recommendation was filed on September 20, 2013, (D.E.#63), recommending that this Court find Defendant has violated the conditions of his supervised release in respect to violation number 6, of the Superseding Petition. The defendant previously admitted to Violations 1 through 5 inclusive as set forth in the Superseding Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that

The Report and Recommendation on Defendant's admission to the Violation as set forth in respect to the Superseding Petition for Violation of Supervised Release of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation number 6, in addition to Violations Number 1 through 5 inclusive which are already pending before the undersigned and

are included in the Superseding Petition for Warrant or Summons for Offender Under Supervision.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of October, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office